**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT MISSISSIPPI**

**IN RE: CHRISTINE RICHMOND**                                  **CHAPTER 13**

**DEBTOR**                                                      **CASE NO. 20-12780 JDW**

### ORDER ON MOTION TO INCUR INDEBTEDNESS [DKT. #41]

**THIS CAUSE** came before the Court upon the Debtor's Motion (Dkt. #41) for permission to borrow money for the purpose of obtaining a vehicle, and it appearing unto the Court that no timely responses have been filed, the Motion is due to be granted.

**IT IS THEREFORE ORDERED** that Debtor is granted permission to obtain financing for a vehicle in the amount of $15,000.00 for the purchase of a reliable vehicle. Payments on the indebtedness shall not exceed $400.00 per month, with all payments to be made outside the plan. The authority granted in this order is conditioned on the debtor surrendering the vehicle referenced in the Motion to Modify (Dkt. #42).

#ENDOFORDER#

**Submitted by:**

**/s/ Robert H. Lomenick**
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET**
**P.O. BOX 417**
**HOLLY SPRINGS, MS 39635**
**662-252-3224/robert@northmsbankruptcy.com**
**ATTORNEY FOR DEBTOR**