_____

**SO ORDERED,**



*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| IN RE: | CASE NUMBER: 20-12780-JDW |
| CHRISTINE RICHMOND | CHAPTER 13 |
| DEBTOR | |

## ORDER LIFTING AUTOMATIC STAY

This matter is before the Court on the motion of Credit Acceptance Corp. ("Secured Creditor") for relief from the automatic stay of 11 U.S.C. §362 (#47). Secured Creditor represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS ORDERED** that Secured Creditor is granted relief from the automatic stay of 11 U.S.C. §362 as to the following property:

    2010 Chevrolet Equinox VIN No. 2CNFLEEW7A6274277.

**IT IS FURTHER ORDERED** that this Order remain in effect regardless of conversion to another Chapter.

##END OF ORDER##

Submitted by:

*/s/ Gregory J. Walsh*
GREGORY J. WALSH (MS Bar No. 104344)
1027 Ninth Street
New Orleans, LA 70115
greg@sundmakerfirm.com
504-568-0517
**Attorney for Secured Creditor**